UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

A.C. and T.C., on behalf of their minor
children G.C. and A.C.,

     v.

24-CV-1047 (JLS)

STARPOINT CENTRAL SCHOOL
DISTRICT, DR. SEAN CROFT,
individually and in his official capacity as
current Superintendent, MAUREEN
BRAUNSCHEIDEL, individually and in
his official capacity as former
Superintendent, DR. ALAN INGRAHAM,
individually and in his official capacity as
High School Principal, DR. COREY
GRAY, individually and in his official
capacity as Middle School Principal, DR.
THOMAS SZALKOWSKI, individually
and in his official capacity as School
Physician, FRAN ANDERSON,
individually and in her official capacity as
Middle School Nurse, JOHN ANDREWS,
individually and in his official capacity as
Director of Administrative Services,
VINCENT DELL'OSO, individually and
in his official capacity as Athletic
Director, JOHN DOE(s), individually and
in their official capacities,

     Defendants.

---

### ORDER

For the reasons stated on the record at the January 2, 2025 proceeding, the court GRANTS Plaintiffs' [26] Motion for a Temporary Restraining Order as follows: it is hereby

ORDERED that Defendants, as well as their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with them, are enjoined, effective immediately, from (a) excluding A.C. from attending school based on Defendants' denial of her medical exemption under New York Public Health Law § 2164(8); or (b) taking any retaliatory actions against Plaintiffs related to their pursuit of legal remedies in this matter; and it is further

ORDERED that no bond shall be required; and it is further

ORDERED that this TRO shall remain in effect through the disposition of Plaintiffs' Motion for a Preliminary Injunction.

SO ORDERED.

Dated:   January 2, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE